Pauline Porter White, appellant, v. Ella Joyce White et al., appellees. Gen. No. 32,704.

Opinion filed October 3, 1928. Rehearing denied October 16, 1928.

Oliver J. Cook, for appellant. No appearance for appellees.

Mr. Presiding Justice Holdom delivered the opinion of the court.